# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JOHN C. RODRIGUEZ-ROSARIO<br><br>Defendant | CRIM. NO. 17-373 (SCC) |

## OPINION AND ORDER
## RE: AMENDMENT 782

This is a final determination as to eligibility for the drug reduction amendment promulgated by the United States Sentencing Commission under Amendment 782 to Policy Statement § 1B1.10(d).

After looking at the date of the judgment, the Court rules as follows:

[ X ] The defendant is **not** eligible for a sentence reduction based on the following factor:

The Court included Amendment 782 in its sentence since the defendant was sentenced after November 1, 2014.

The Court orders that the motion for reduction of sentence at (Docket No. 48) be denied since the defendant was sentenced after November, 2014.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of March, 2022.

S/ SILVIA CARRENO-COLL
UNITED STATES DISTRICT JUDGE